

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

August 14, 2025

**BY ECF**

Hon. Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States</u> v. <u>Newcombe</u>, 24 Cr. 567 (JSR)

Dear Judge Rakoff:

    The Government respectfully requests that the Court exclude time under the Speedy Trial Act in the above-captioned case until the next conference, which is scheduled for January 22, 2026.[1] The Government believes that an exclusion of time is appropriate in light of the Mr. Newcombe's health issues, to give the defense sufficient time to review discovery, and to allow the parties an opportunity to discuss a potential resolution to the case.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

    by:  /s/_____
        Thomas Burnett
        Nicholas Chiuchiolo
        Kevin Mead
        Assistant United States Attorneys

SO ORDERED
/s/ Jed S. Rakoff
USDJ
8/15/25

---

[1] The Government is filing this letter pursuant to the Court's August 14, 2025 email directing the Government to submit a request to exclude time until the next conference.