SABRINA P. SHROFF
ATTORNEY

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10017
TEL: (646) 763-1490

ECF

Hon. Jed S. Rakoff
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** **United States v. Newcombe**, 24 Cr. 567 (JSR)

Hon. Judge Rakoff:

Kenneth Newcombe requests the Court's permission to file his Motion to Transfer, with attachments, under seal as the filings discuss Mr. Newcombe's health and ongoing medical treatment. We thank the Court for its time and consideration of this request.

Respectfully submitted,

Sabrina P. Shroff
Counsel to Ken Newcombe

SO ORDERED

[signature]
USDJ
9-1-26