UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH NEWCOMBE,<br><br>Defendant. | 24-cr-567 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

The Court convened a sealed telephone conference with the parties and Mr. Newcombe's treating physicians on November 17, 2026, at which time the physicians confirmed that Mr. Newcombe could be ready to stand trial on March 15, 2027 and that it was his desire to do so. The Court therefore confirmed, as the parties were previously advised, that trial in this case will proceed in the United States District Court for the Central District of California on March 15, 2027 at 9 a.m. and continue without interruption until the verdict.

Prior to trial, the parties should continue to bring applications or disputes to the attention of the undersigned through joint telephone calls to the Court's Southern District of New York chambers number, arranging, as in the past, for Mr. Newcombe to be present on the call or to waive his appearance. However, the Court will now formally transfer the case to the Central District of California and, once that is completed, any written submissions should be filed there, and counsel should

familiarize themselves with any Central District of California procedures relating thereto.

SO ORDERED.

New York, NY
November 18, 2026

JED S. RAKOFF, U.S.D.J.