UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KENNETH NEWCOMBE,

Defendant.

24-cr-567 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The contingencies set forth in ECF No. 34 having now been met, the Clerk of Court is respectfully directed to transfer this case to the United States District Court for the Central District of California and to close ECF No. 28. Per the order of Chief Justice Roberts, however, the undersigned will continue to have charge of this case.

SO ORDERED.

New York, NY
November 18, 2026

JED S. RAKOFF, U.S.D.J.